Mary E. Hering, Plaintiff-Appellee, v. Garlin Hilton, Defendant-Appellant.

Gen. No. 10,093.

Third District.
February 26, 1957.
Rehearing denied March 22, 1957.
Released for publication March 22, 1957.

Young & Sullivan, and James E. Murphy, attorneys for Garlin Hilton, defendant-appellant, Elliott B. Young, and John D. Sullivan, of counsel; Lybarger & Collins, and Keith F. Scott, attorneys for Mary E. Hering, plaintiff-appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full.